No. 74–80.   KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL. *v.* HELFANT; and

No. 74–277.   HELFANT *v.* KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL.   C. A. 3d Cir.   Motion to strike certain portions of petition in No. 74–80 and answer to the cross-petition in No. 74–277 denied.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion and these petitions.   Reported below: 500 F. 2d 1188.

No. 73–1575.   CALLAHAN ET AL. *v.* KIMBALL ET AL. C. A. 9th Cir.   Certiorari denied.

No. 73–1802.   PENNINGTON *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 73–1946.   SCATA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–1997.   HARRISON *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 73–1999.   POOLE *v.* MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 73–2051.   BOMBACINO *v.* BENSINGER.   C. A. 7th Cir.   Certiorari denied.

No. 73–6847.   COUSINO *v.* COUSINO.   Sup. Ct. Mich. Certiorari denied.

No. 73–6894.   SHEPPARD *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.